**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE L. BERRYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01911-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAESARS PALACE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered November 29, 2011, regarding removal of this case to federal district court. On December 20, 2011, Defendant filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January 18, 2012,** which must:

1.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2.    Include a statement by counsel of action required to be taken by this court.

3.    Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 11th day of January, 2012.

_____
Peggy A. Leen
United States Magistrate Judge